DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHEILDA DESSOURCES,**
Appellant,

v.

**DEPARTMENT OF REVENUE CHILD SUPPORT ENFORCEMENT** and
**MARQUIS STEPHEN ACOSTA,**
Appellees.

No. 4D22-1166

[November 23, 2022]

Appeal from the State of Florida, Department of Revenue Child Support; L.T. Case Nos. 22-000539CS, CS2001719587, DEP062100119999CA.

Sheilda Dessources, Miami, pro se.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***